```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION

IN RE: JOHN T. SMITH AND         }   CHAPTER 13
       CAROLYN E. SMITH,         }
                                 }   CASE NO. A20-71523-SMS
       DEBTOR(S)                 }
                                 }   JUDGE SIGLER
```

### CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS CASE WITH PREJUDICE

COMES NOW, Mary Ida Townson, Chapter 13 Trustee herein, and files herewith her Objection To Confirmation And Motion To Dismiss Case with Prejudice, and as grounds shows the Court as follows:

**PLEASE TAKE NOTICE THAT A DISMISSAL OF THIS CASE WITH PREJUDICE PURSUANT TO 11 U.S.C. SECTION 109(g) WILL MEAN THAT THE DEBTOR(S) WILL NOT BE PERMITTED TO FILE ANOTHER CASE UNDER CHAPTER 13 FOR A PERIOD OF 180 DAYS FOLLOWING THE DATE UPON WHICH THIS CASE IS DISMISSED.**

**THE FAILURE OF THE DEBTOR(S) TO APPEAR AT THE HEARING ON THIS MOTION TO DISMISS MAY BE CONSIDERED BY THE COURT AS EVIDENCE OF DEBTOR(S) WILLFUL FAILURE TO APPEAR BEFORE THE COURT IN PROPER PROSECUTION OF THE CASE WITHIN THE MEANING OF 11 U.S.C. SECTION 109(g) OF THE BANKRUPTCY CODE.**

### OBJECTIONS TO CONFIRMATION

1. The Debtor(s) Plan does not comply with the provisions of the Bankruptcy Code in that:

    a) The Debtor(s) Chapter 13 Plan payments are delinquent in violation of 11 U.S.C. Section 1326.

    b) Pursuant to information received from the Georgia Department of Revenue, 2016-2018 tax returns have not been provided to the taxing authorities; thereby, preventing the Chapter 13 Trustee from evaluating the feasibility of the Chapter 13 plan, in violation of 11 U.S.C. Sections 1322(d) and 1325(a)(6).

    c) The proposed plan fails to provide for the treatment of Navy Federal Credit Union. However, said creditor has filed a secured claim.

    d) Debtor's plan Section 2.2 indicates Post Petition to be paid direct with an employer deduction order filed.

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
sonyab@atlch13tt.com

    e)  Pursuant to testimony from the Meeting of Creditors, it appears that the Chapter 13 petition no longer references the current mailing address of the Debtor(s); specifically, the address as 130 Dianne Trail.

    f)  The Debtor husband has filed three (3) previous bankruptcy case(s) to-wit: first case Chapter 7 16-56855 was filed April 19, 2016 and discharged April 6, 2017; Chapter 13 19-70237 was filed December 18, 2019 and dismissed June 8, 2020 and Chapter 13 20-67110 was filed June 10, 2020 and dismissed November 5, 2020

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
sonyab@atlch13tt.com

## MOTION TO DISMISS CASE WITH PREJUDICE

1. Debtor(s) Chapter 13 Plan payments are delinquent in violation of 11 U.S.C. 1326. The failure to make payments and failure to contact the Chapter 13 Trustee or the Court with any reason why the payments have not been paid constitutes willful failure to come before the Court in proper prosecution in violation of 11 U.S.C. 109(g) and warrants a dismissal with prejudice. This behavior indicates that the Debtor(s) filed a case that is not feasible thus the Debtor(s) is unable to make a plan payment in violation of 11 U.S.C. 1325(a)(6) or the Debtor(s) have the ability to make the payments and the failure to do so shows a deliberate act of bad faith.

2. Pursuant to information received from the Georgia Department of Revenue, 2016-2018 tax returns have not been provided to the taxing authorities; thereby, preventing the Chapter 13 Trustee from evaluating the feasibility of the Chapter 13 plan, in violation of 11 U.S.C. Sections 1322(d) and 1325(a)(6).

3. The proposed plan fails to provide for the treatment of Navy Federal Credit Union. However, said creditor has filed a secured claim.

4. Debtor's plan Section 2.2 indicates Post Petition to be paid direct with an employer deduction order filed.

5. Pursuant to testimony from the Meeting of Creditors, it appears that the Chapter 13 petition no longer references the current mailing address of the Debtor(s); specifically, the address as 130 Dianne Trail.

    f) The Debtor husband has filed three (3) previous bankruptcy case(s) to-wit: first case; and

6. The Debtor(s) has filed three (3) recent Chapter 13 case(s), each of which was dismissed by the Court. Said case(s) are as follows:

    a) Debtor(s) first case, Chapter 7 16-56855 was filed April 19, 2016 and discharged April 6, 2017

    b) Debtor(s) second case, Chapter 13 19-70237 was filed December 18, 2019 and dismissed June 8, 2020

    c) Debtor(s) third case, Chapter 13 20-67110 was filed June 10, 2020 and dismissed November 5, 2020

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
sonyab@atlch13tt.com

    The Debtor(s) conduct in this and the previous cases demonstrates that the Debtor(s) has filed this case without any intention of properly prosecuting this case and has failed to appear before the Court in proper prosecution of this case within the meaning of 11 U.S.C. Section 109(g).

    WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of the Debtor(s)' plan, and to dismiss the case pursuant to 11 U.S.C. Section 105(a) and Section 109(g), thereby rendering the Debtor(s) ineligible from re-filing another Chapter 13 case for one hundred eighty (180) days; or, in the alternative, convert this case to one under Chapter 7.

    Dated: December 23, 2020

    Respectfully submitted:

_____/s_____
Sonya Buckley Gordon, Esq.
for Chapter 13 Trustee
GA. Bar No. 140987

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
sonyab@atlch13tt.com

NOTICE OF HEARING ON TRUSTEE'S MOTION TO DISMISS

    PLEASE TAKE NOTE THAT THE WITHIN AND FOREGOING MOTION TO DISMISS CASE WITH PREJUDICE SHALL BE HEARD BY THE COURT IN CONNECTION WITH THE REGULARLY SCHEDULED CONFIRMATION HEARING AT THE FOLLOWING PLACE AND TIME:

```
DATE:      JANUARY  26, 2021
TIME:      9:30AM
           UNITED STATES BANKRUPTCY COURT
           75 TED TURNER DRIVE, S.W.
           COURTROOM 1201
           ATLANTA, GA  30303-3311
```

    PLEASE TAKE FURTHER NOTICE THAT A DISMISSAL OF THIS CASE WITH PREJUDICE PURSUANT TO 11 U.S.C. SECTION 109(g) WILL MEAN THAT THE DEBTOR(S) WILL NOT BE PERMITTED TO FILE ANOTHER CASE UNDER CHAPTER 13 FOR A PERIOD OF 180 DAYS FOLLOWING THE DATE UPON WHICH THIS CASE IS DISMISSED.

**GIVEN THE CURRENT PUBLIC HEALTH CRISIS, HEARINGS MAY BE TELEPHONIC ONLY.  PLEASE CHECK THE [IMPORTANT INFORMATION REGARDING COURT OPERATIONS DURING COVID-19 OUTBREAK](#) TAB AT THE TOP OF THE GANB WEBSITE PRIOR TO THE HEARING FOR INSTRUCTIONS ON WHETHER TO APPEAR IN PERSON OR BY PHONE**

Dated: December 23, 2020

                        Respectfully submitted:

                                /s
                        Sonya Buckley Gordon, Esq.
                        For Chapter 13 Trustee
                        GA. Bar No. 140987

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
sonyab@atlch13tt.com

A20-71523-SMS

## CERTIFICATE OF SERVICE

This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

JOHN T. SMITH
120 DIANNE TRAIL
COVINGTON, GA 30016

CAROLYN E. SMITH
120 DIANNE TRAIL
COVINGTON, GA 30016

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

CLARK & WASHINGTON

This 23RD day of December, 2020

_____/s_____
Sonya Buckley Gordon, Esq.
for Chapter 13 Trustee
GA Bar No. 140987

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
sonyab@atlch13tt.com